UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV15-7781-CAS(GJSx) | Date | January 6, 2016 |
|---|---|---|---|
| Title | Carpenters Southwest Administrative Corporation et al v. Royal Flush Installation et al | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Connie Lee | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (In Chambers)   Order to Show Cause Re Dismissal for Lack of Prosecution

Plaintiff obtained entry of default as to defendant Royal Flush Installation, a Nevada Corporation, pursuant to Fed. R. Civ. P. 55(a), but plaintiff has not sought default judgment, pursuant to Fed. R. Civ. P. 55(b).  **IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **January 20, 2016,** why this action should not be dismissed for lack of prosecution.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider the following:

•  Plaintiff(s) can satisfy this order by seeking default judgment.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CL |